IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL ROGERS<br><br>      Plaintiff(s),<br>      (Petitioner)<br><br>v.<br><br>DEPUTY MOLINA, ET AL.<br><br>      Defendant(s).<br>      (Respondent) | No. CV 15-02385 JCS<br><br>**ORDER RE APPLICATION TO<br>PROCEED IN FORMA PAUPERIS** |

    ( X )    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

    (  )    The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

    (  )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

    (  )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:
        ( ) Filing fee waived in part: partial payment of $_____ due on _____, remaining balance to be waived.
        ( ) Partial payment of $_____ due on _____, remaining balance due and payable on _____.
        ( ) Partial payment of $_____ due on _____, remaining balance due in installments as follows: _____.

    Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: 6/3/15

IT IS SO ORDERED
Judge Joseph C. Spero

(Not to be used in PRISONER OR HABEAS CORPUS CASES) NDC CSA-7 (rev. 4/22/2014)