UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL ROGERS,<br><br>   Plaintiff.<br><br>   v.<br><br>DEPUTY MOLINA, et al.,<br><br>   Defendants. | Case No.  15-cv-02385-JCS<br><br>**ORDER TO SHOW CAUSE** |

A status conference re: new counsel was scheduled on December 18, 2015, at 9:30 a.m., before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **January 22, 2016, at 9:30 a.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the status conference on December 18, 2015, for failure to prosecute, and for failure to comply with the Court's Order of November 23, 2015.  A status conference re: new counsel is also scheduled for **January 22, 2016**, **at 9:30 a.m.**

IT IS SO ORDERED.

Dated:  December 21, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL ROGERS,

    Plaintiff,

v.

DEPUTY MOLINA, et al.,

    Defendants.

Case No. 15-cv-02385-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel Rogers
220 Golden Gate Avenue #849
San Francisco, CA 94102

Dated: December 21, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

2